UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 10 2012 ★

BROOKLYN OFFICE

| | |
|---|---|
| LEE DODGE INC. D/B/A BROOKLYN AUTO GROUP, and ROBERT A. LEE, JR. individually, <br><br> Plaintiffs, <br><br> v. <br><br> CHRYSLER GROUP LLC, GIUFFRE CHRYSLER JEEP DODGE and JOHN DOES 1-20, <br><br> Defendants. | Case No. 1:11-cv-01162 (JBW) (JO) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record in the above-captioned action that:

1. Plaintiffs Lee Dodge Inc., d/b/a Brooklyn Auto Group and Robert A. Lee, Jr. (collectively, "Plaintiffs"), and Defendants Chrysler Group LLC and Giuffre Automotive, Inc., sued herein as Giuffre Chrysler Jeep Dodge, hereby dismiss, with prejudice, all claims that they have asserted, or could have asserted, against each other in this action, including, without limitation, the claims that have been asserted in Plaintiffs' Complaint and Amended Complaint, and waive all rights of appeals.

2. No party shall be considered the prevailing party in this action.

3. The parties shall bear their own attorneys' fees and costs.

4. Chrysler Group LLC waives its right to reimbursement of its reasonable attorneys fees and costs under the January 25, 2012 Order of the Magistrate Judge

- 1 -



incurred in connection with its Motion to Compel Plaintiffs to comply with their discovery obligations.

5. This Stipulation may be entered as an Order of the Court.

IT IS FURTHER STIPULATED AND AGREED that facsimile or electronically transmitted (i.e., via email) signatures hereupon shall be deemed originals.

Dated: March ____, 2012

THE MARGOLIS LAW FIRM LLC
By: _____
Martin G. Margolis
Seth L. Dobbs
5 Becker Farm Road, 4th Floor
P.O. Box 420
Roseland, NJ 07068-0420
(973) 239-3000

Attorneys for Plaintiffs

WILMER CUTLER PICKERING HALE AND DORR, LLP
By: _____
George W. Mykulak (*admitted pro hac vice*)
60 State Street
Boston, MA 02109
(617) 526-6000

Peter J. Macdonald
399 Park Avenue
New York, NY 10022
(212) 230-8800

Emily M. Meyers
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Attorneys for Chrysler Group LLC

LABONTE LAW GROUP, PLLC
By: _____
Stevan H. LaBonte
100 Ring Road West, Suite 108
Garden City, NY 11530
(516) 280-8580

Attorneys for Giuffre Automotive, Inc.

- 2 -

incurred in connection with its Motion to Compel Plaintiffs to comply with their discovery obligations.

5. This Stipulation may be entered as an Order of the Court.

IT IS FURTHER STIPULATED AND AGREED that facsimile or electronically transmitted (i.e., via email) signatures hereupon shall be deemed originals.

Dated: March ____, 2012

| THE MARGOLIS LAW FIRM LLC | WILMER CUTLER PICKERING HALE AND DORR, LLP |
|---|---|
| By: _____<br>Martin G. Margolis<br>Seth L. Dobbs<br>5 Becker Farm Road, 4th Floor<br>P.O. Box 420<br>Roseland, NJ 07068-0420<br>(973) 239-3000<br><br>Attorneys for Plaintiffs | By: _____<br>George W. Mykulak (*admitted pro hac vice*)<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>Peter J. Macdonald<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br><br>Emily M. Meyers<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>Attorneys for Chrysler Group LLC |

LABONTE LAW GROUP, PLLC
By: _____
Stevan H. LaBonte
100 Ring Road West, Suite 108
Garden City, NY 11530
(516) 280-8580

Attorneys for Giuffre Automotive, Inc.

close the case

So Ordered:

Dated: March \_\_\_\_, 2012

*[signature]*

United States District Judge
Hon. Jack B. Weinstein

5/10/12

- 3 -